Patrick Dallas
950 High Street
Central Falls
Rhode Island 02863

April 25, 2026

Dear: Honorable Melissa Dubose

My Name is Patrick Dallas and I am 38 years old. I respectfully submit this letter ahead of my sentencing hearing to express my sincere remorse of the crime I committed and to share some context about who I am, the circumstances that led me here, and the lessons I have learned through this difficult experience. I come from a family that raised me with strong values centered on respect, responsibility and faith. My upbringing emphasized the importance of hard work, honesty and treating others with dignity. These values have shaped who I am and the way I try to live my life.

I want to begin by accepting full responsibility for my actions and participation in this crime. I deeply regret the situation that brought me before this court and I want to give a huge, sincere apology to the victims involved and their families. I understand that my decisions had consequences, and I take accountability for them without any excuses. This situation is truly out of character for me and does not reflect the person I strive to be.

The circumstances that led me here were the result of poor judgment and mistakes that I sincerely regret. While I cannot change what has already happened, I have taken this time to reflect deeply on my actions and the impact they have had on my life, those around me and the victims that were impacted. During my incarceration, I have spent a great deal of time reflecting, praying and thinking about the direction of my life.

This experience has been humbling and has opened my eyes to the seriousness of my actions. I have learned the importance of patience, self-discipline, and making better decisions even when faced with difficult situations. In this incarceration period I lost both of my businesses, Supreme Automotive and Cookshop Jamaican Restaurant, which both businesses were legitimate enterprises which serves the South Atlanta community of Hammond Park. I was actively involved with the neighborhood planning unit (NPU) and also big supporter of the Mayor of Atlanta, City Clerk, Councilman for my district, Atlanta Zone 3 Police Department and Fire Department just to name a few, each holiday period I would ensure my restaurant give away food to the community, to the Police Department, Fire Department and the Atlanta City Officials, thanking them for their hard work they do to keep the community safe in which both my businesses were located. The two enterprises were very instrumental in helping over 15 employees to put food on their table consistently throughout the year 2019 until 2025. I had to close permanently because the lack of leadership during my absence and mainly because of my actions that led me to this incarceration. I feel like I let down the community which I was an active member of the community neighborhood board, my family, my daughter and also my employees who were employed with me before I got incarcerated.

Let me give you a brief synopsis of myself and how I ended up incarcerated. I was born in January 19, 1988, my mom died when she was 21 years old and I was only 6 months old. During that time I became the government of Jamaica responsibility until my aunt and her husband became my legal guardian in 1989.

Life growing up with my aunt and her husband had its ups and downs, I was reprimanded very frequently even for the slightest things, I guess it was their way of showing me tough love. I can remember a lot of good memories but at the same time I think the physical abuse was twice as much as the good times. I must admit that I gave a lot of trouble growing up, straight from Pre K straight up to 9th grade of high school, where I underwent a huge transformation and decided to change my life

around in 8th grade I was rank 2nd to last in my final exams and in 9th grade I was 3rd, then 10th and 11th I came 1st, I ended up graduating with distinction from high school. I then moved on to college with the same work ethic and was successful in obtaining a diploma in education and a degree in Information Technology, spring 2008 and summer 2011 respectively.

After I completed college in Jamaica I immigrated to New York and ended up in the Gastronomy industry where I started from a busser at mid-size mom & pops restaurants and work my way all the way to a Manager with Buffalo Wild Wings and Shake Shack. I came at a hiatus in my life and ended up opening up a business with an old college friend in 2015, the business (consulting firm) short lived because our contract we were trying to acquire fell through and the application for labor market certificate was denied by the US department of labor, that left us in huge arrears with our clients and we did not have the money to repay them so we ended up closing shop.

In 2017 after closing the business in NY I took a leap of faith and moved to Atlanta Georgia to seek out a better life for myself. Upon arriving there I got with a few high school friends and started doing Uber around the city so not only I could earn an income but also learn the city. That worked out very well for me because in doing so I ended up finding a new passion which was in the automotive repair and sales business. I started out in the automotive business 2019, one day I needed some work done to my own car and I stumbled upon one of my fellow Jamaican and at that point he pitched the idea that I could join forces with him and expand his auto shop, after a week or two I took him up on his offer and I worked alongside him at his repair shop for a few months. Things didn't went as planned because it turns out that he was a womanizer and was taking most or all the profits spending it on women, so at that point I decided to branch out on my own and acquire my own space , which I accomplished in less than a month. Things were rocky at start but then things got busier when I not only repair the cars but I started buying and selling cars too. After a few months Covid hit and for my business it was busy because lot of people was either selling their cars or trying to buy a car either way it worked out for my business. Fast forward to 2022 I had a friend that owned a prominent Jamaican restaurant business in Atlanta and I saw that his business model was working so I decided to study the business and the Restaurant business was nothing new to and also this was my first love, therefore at this point I decided to open my own Jamaican Restaurant next door to my Automotive shop. It didn't take me long to open doors to the Restaurant because I was determine to get it done. Things was going good with both businesses but I invested more in the restaurant because it was cash flow each day. I started now to venture out into more cooperate catering and that took off before I was incarcerated I had contracts with Delta Airlines HQ and the airport, Wells Fargo HQ in Atlanta, Moore House School of Medicine, Tyler Perry Studios, The city of Atlanta just to name a few. This situation set me back a whole lot because I was very involved in the day to day operating of my Restaurant, things was going so well I was in the final stage of opening up a new location in Buckhead a prominent city in Atlanta, after getting arrested I had no strong support system to kept it going and also a lot of my employees got scared when they found out about my situation. I am very hopeful that when I get out I can get back to the restaurant business because it's definitely my first love, there is a popular saying that goes "food brings everyone together" and that's what makes me so in love with the restaurant industry, the look on people's face when they eat a meal from my restaurant was excitement to none, I can recall when I launched this oxtail sandwich (shredded Oxtail, beef patty, mac and cheese enclosed in a Jamaican Coco bread) my restaurant went viral and people travel from all over the state just to try the sandwich, it was at that point I knew I was doing something right. I am very remorseful for my actions and I am willing to pay the consequences that comes with it.

After closing the NY business in 2017 me and my business partner at the time was investigated by the department of labor for fraud in the way we tried to acquire the contracts and the Labor Market Certificate, as a result of that me and my partner was indicted but the crazy part is that only my partner alone was arraigned in 2019 on the charges. (NB-My business partner case was dismissed without prejudiced November 2024 right after I was sentenced for the case in NY)

I was never arrested nor was I aware of an arrest warrant or an indictment until February 2024 which was 5 years later. I was stopped in a routine traffic stop in Atlanta where I was living since fall of 2017, during the traffic stop in February 2024, the Atlanta police detained me and informed me that I had an open federal arrest warrant out of New York, I was taken to see the federal magistrate judge in Atlanta for arraignment, my lawyer at the time argued for bond package same day and because the nature of the crime and the government's lack of efforts to locate me and serve me with the indictment in since 2019 the judge granted me bond same day of arraignment. Long and short of the story, the indictment was a 9 count indictment and I ended up pleading guilty to 1 count of the indictment, I was recommended 8 months sentence by probation which the judge gave me 8 months plus extra 6 months because I violated my pretrial release condition 3 weeks before my sentencing date so I ended up with a 14 months sentence. When I violated my pretrial release I ended up with a state case which is still not resolved. While I was awaiting my sentencing on my first case in October 2024 in MDC Brooklyn I was hit with a criminal complaint from Rhode Island with these two charges Conspiracy to commit wire Fraud and money laundering. I am taking responsibility for my part in facilitating this kind of transaction and know that even though it seems like I have two cases in the same time frame everything just happened so fast and it all because of poor judgment.
I know it's a lot to process but let me break down everything base on timeline.

**NY Federal case-** Business ran from spring 2015- summer 2017
Indictment filed 2019, I was arrested Feb 2024 and was released on bond
Sentenced November 2024 on NY case
I was sentenced to 8 months + 6 months for violating pretrial release equal to 14 months

**LA State Case -**While on Pretrial Release I was pulled over in the state of LA and was arrested on new charges which are still pending resolution in state court.

**RI Federal Case-** Criminal Complaint Filed Oct 24, 2024, while I was locked up in MDC Brooklyn awaiting Sentencing on my NY Case. Arraigned Dec 2024, awaiting sentencing May 7th 2026

**ICE Detainer-** ICE detainer was filed February 2026, which means I will be deported as soon as I am done resolving all my cases.

While here in Rhode Island I couldn't get no family or friends to visits because I was so far from home in Atlanta so I had to use video calls and voice calls to communicate to my daughter that I haven't seen since November 2024 when she came to my sentencing hearing while I was in NY.
Lastly I wanted to mention that since being arrested in October of 2024 I haven't been able to get good dental care, I am in so much pain because I developed a dental infection and now I am in desperate need of a root canal procedure, the problem is that this facility cant facilitate my procedure and it's insane because I am living in pain for over a year now and it makes me really uncomfortable because the only thing they want to give me in here is pain medication which I have been taking for over a year. I wrote to the US Marshall office requesting for them to intervene because I can't continue to live in pain and efforts with them too were futile so I am left with no option but to live in excruciating pain. I would love to be able to take care of this situation no matter the outcome of my sentence because this situation is affecting my daily life.
In Conclusion I want to express my deepest apologies to the court and to all the victims affected by my actions. I am truly sorry for the position my behavior has out me in and for the time and resources it required from the justice system.

One of my greatest concerns is the inevitability of being deported and what it would mean for my child. My daughter is a US citizen, and being separated from her will be devastating for both of us. I am an active father who is deeply involved in my child's life. I do everything I can to be present, supportive, and my child would benefit way better from having both mother and father involved in her upbringing. This situation definitely takes away my ability to provide that presence and support in my child's life.
I take my role as a father very seriously. My child motivates me everyday while being incarcerated to become a better man, to make responsible choices and to build a stable future, faith also plays an important role in my life. I am a God-fearing man, and throughout this experience I have relied heavily on prayers and reflection to get me through this difficult time. My faith has help me recognize my mistakes and strengthened my commitment to becoming a better person.
Education and personal development have always been important to me. I have worked hard to better myself through learning and personal growth, and I plan to continue doing so moving forward. While being incarcerated here at the Wyatt Detention Facility I currently work in the Gastronomy department as a Diet Cook for the past 8 months, bringing my years of experience in the related field to the jail and helping to make the facility kitchen live up to its standards.
If given the opportunity, I am committed to ensuring that nothing like this will ever happens again. I will focus on maintaining stable employment, continuing to grow as a father, surrounding myself with positive influences, and making decisions that reflects the values I was raised with.
Your Honor, I respectfully ask for the court's consideration and mercy. I am determined to learn from this experience and to move forward as a responsible father, community member, and individual.
Thank you for your time and for considering my letter.

Respectfully
Patrick Dallas